EdiZONE, LLC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
(801) 936-1039
casey@edizone.com

Attorney for Plaintiff,
EdiZONE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CORNERSTONE BRANDS, INC. dba IMPROVEMENTS CATALOG, a Delaware corporation, HSN IMPROVEMENTS, LLC dba IMPROVEMENTS®, a Delaware limited liability company, HSN, INC., a Delaware corporation, and DOES 1 – 50,<br><br>Defendants. | **NOTICE OF EXTENSION OF TIME FOR DEFENDANTS TO FILE A PLEADING IN RESPONSE TO THE COMPLAINT**<br><br>Case No.:  2:10-cv-01220-DAK<br><br>Judge Dale A. Kimball |

Plaintiff, EdiZONE, LLC ("Plaintiff"), does hereby give notice of Plaintiff's consent to an extension of time, until May 4, 2011, for Defendants, Cornerstone Brands, Inc. dba Improvements Catalog, HSN Improvements, LLC dba Improvements, and HSN, Inc., to file a pleading in response to the Complaint.  The parties continue to discuss settlement and a continuance is requested by Defendants and agreed to by Plaintiff.

DATE this 4th day of April, 2011.

    /s/Casey K. McGarvey
Casey K. McGarvey
Attorney for EdiZONE, LLC